**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Julio Cesar Hurtado Medina
Plaintiff,
v.
Samuel Olson, et al.
Defendant.

Case No.: 1:26−cv−10188
Honorable John F. Kness

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 31, 2026:

MINUTE entry before the Honorable John F. Kness: In−person status hearing held on 8/31/2026. Counsel for Petitioner failed to appear. As discussed on the record, Petitioner seeks through this action to be afforded a bond hearing before an immigration judge. According to Respondents, that relief has been provided in the form of a hearing to be held before an immigration judge on 9/4/2026. Respondents contend that the promised administrative hearing moots this case, and the Court agrees. The absence of Petitioner's counsel at today's hearing perhaps reinforces the suggestion that the case is moot and should be dismissed. Accordingly, the petition [1] is dismissed without prejudice as moot. If Petitioner disagrees with this outcome, he may file a motion to reinstate the case. Any such motion would need to be accompanied by an explanation of why Petitioner's counsel failed to appear at today's hearing. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.